CHARLES EVANS, respondent,

*v.*

THE NEW AUDITORIUM PIER COMPANY, appellant.

[Argued June 22d and 23d, 1904.   Decided November 14th, 1904.]

On appeal from the decree advised by Vice-Chancellor Grey, whose conclusions are reported *ante p. 315.*

*Messrs. Bedle, Edwards & Thompson,* for the appellant.

*Messrs. Coult, Howell & Ten Eyck,* for the respondent.

PER CURIAM.

This case is controlled by the decision rendered at this term in the case of Atlantic City against the same defendant, upon the two points indicated in the head-notes to the opinion delivered in that case.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, DIXON, GARRISON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY —10.